UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-595 |
| | § | |
| JEFFREY DAVID REBER | § | |

**ORDER TO UNSEAL PORTION OF TRANSCRIPT**
**OF SENTENCING HEARING**

The government's request to unseal the sentencing transcript of the sentencing hearing in the above captioned case held on December 12, 2006, is GRANTED.

The United States District Clerk is hereby ORDERED to unseal the sentencing recommendation transcript so the government can secure a copy to respond to the defendant's petition filed pursuant to 28 U.S.C. 2255. The transcript shall then be ORDERED resealed.

SIGNED and ORDERED this 16th day of January, 2008.

_____
Janis Graham Jack
United States District Judge